```
_____ FILED      _____ ENTERED
_____ LODGED     _____ RECEIVED

            JUN 24 2024    MH

             AT SEATTLE
       CLERK U.S. DISTRICT COURT
     WESTERN DISTRICT OF WASHINGTON
BY                          DEPUTY
```

UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA ex rel. BLOCKQUOTE, INC., <br><br> Plaintiff-Relator, <br><br> v. <br><br> VIX TECHNOLOGY (USA) INC., <br><br> Defendant. | No. 2:24-cv-00904-JCC *SEALED* <br><br> CORPORATE DISCLOSURE STATEMENT OF PLAINTIFF-RELATOR BLOCKQUOTE, INC. |

Plaintiff-Relator Blockquote, Inc. ("Blockquote"), by and through its undersigned attorneys, makes the following Rule 7.1 Corporate Disclosure Statement:

Blockquote does not have a parent company, and no publicly traded company owns 10% or more of its shares.

DATED this 21st day of June, 2024.

McNAUL EBEL NAWROT & HELGREN PLLC

By: _____
   Malaika M. Eaton, WSBA No. 32837

600 University Street, Suite 2700
Seattle, Washington 98101
(206) 467-1816
meaton@mcnaul.com

CORP. DISCL. STATEMENT OF PL.-RELATOR
BLOCKQUOTE, INC. (No. 2:24-cv-   *SEALED*) – Page 1

LAW OFFICES OF
McNAUL EBEL NAWROT & HELGREN PLLC
600 University Street, Suite 2700
Seattle, Washington 98101-3143
(206) 467-1816

*and*

Jason Marcus
(*Pro Hac Vice Application to be submitted*)
Georgia Bar No. 949698
Bracker & Marcus LLC
3355 Lenox Rd., Suite 660
Atlanta, Georgia 30326
Tel: (770) 988-5035
Fax: (678) 648-5544
Jason@FCACounsel.com

Attorneys for Relator Blockquote, Inc.

CORP. DISCL. STATEMENT OF PL.-RELATOR
BLOCKQUOTE, INC. (No. 2:24-cv-   *SEALED*) – Page 2

LAW OFFICES OF
MCNAUL EBEL NAWROT & HELGREN PLLC
600 University Street, Suite 2700
Seattle, Washington 98101-3143
(206) 467-1816