The Honorable John C. Coughenour

UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA, *ex rel.* BLOCKQUOTE, INC.,<br><br>Plaintiff,<br><br>v.<br><br>VIX TECHNOLOGY (USA) INC.,<br><br>Defendant. | CASE NO. 2:24-cv-904-JCC<br><br>**FILED UNDER SEAL**<br><br>[PROPOSED] ORDER |

The United States, pursuant to the False Claims Act, 31 U.S.C. §§ 3730(b)(2) and (4), having intervened in part for the purpose of settlement in this action, and having requested that the Court lift the seal in this case; it is hereby:

ORDERED that the seal shall be lifted on all matters in this action; and it is further

ORDERED that the Clerk of the Court shall provide an executed copy of this Order to counsel for the Government and counsel for the Relator.

DATED this __19th__ day of __March__, 2025.

_____
JOHN C. COUGHENOUR
United States District Judge

[PROPOSED] ORDER - 1
2:24-cv-904-JCC
FILED UNDER SEAL

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970

1 | Presented by:
2 |
3 | *s/ Nickolas Bohl*
   | NICKOLAS BOHL, WA #48978
4 | Assistant United States Attorney
   | United States Attorney's Office
5 | 700 Stewart Street, Suite 5220
   | Seattle, Washington 98101-1271
6 | Phone: 206-553-7970
   | Fax:    206-553-4067
7 | Email: nickolas.bohl@usdoj.gov
8 |
9 |
10 |
11 |
12 |
13 |
14 |
15 |
16 |
17 |
18 |
19 |
20 |
21 |
22 |
23 |

[PROPOSED] ORDER - 2
2:24-cv-904-JCC
FILED UNDER SEAL

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970