The Honorable John C. Coughenour

UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA, *ex rel.* BLOCKQUOTE, INC., <br><br> Plaintiff, <br><br> v. <br><br> VIX TECHNOLOGY (USA) INC., <br><br> Defendant. | CASE NO. 2:24-cv-904-JCC <br><br> [PROPOSED] ORDER |

The Court, having considered the Stipulation of Dismissal filed by the United States and the Relator Blockquote, Inc., it is hereby ORDERED, pursuant to 31 U.S.C. § 3730(b)(1), that:

1. The Parties having agreed to a settlement of certain claims raised in this matter;

2. All of the claims set forth in the Complaint shall be dismissed against Defendant with prejudice to the Relator, and with prejudice to the United States to the extent of the "Covered Conduct," as that term is defined in the Settlement Agreement concluded among the United States, the Relator, and Defendant on March 17, 2025, but otherwise without prejudice to the United States; and

3. The Court shall retain jurisdiction to enforce the terms of the Settlement Agreement.

//

//

[PROPOSED] ORDER - 1
2:24-cv-904-JCC

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970

1     DATED this _____ day of _____, 2025.

2

3

4

5                                                         JOHN C. COUGHENOUR

6                                                         United States District Judge

7 Presented by:

8

*s/ Nickolas Bohl*
9 NICKOLAS BOHL, WA #48978
Assistant United States Attorney
10 United States Attorney's Office
700 Stewart Street, Suite 5220
11 Seattle, Washington 98101-1271
Phone: 206-553-7970
12 Fax:  206-553-4067
Email: nickolas.bohl@usdoj.gov

13

*s/ Malaika M. Eaton*
14 MALAIKA M. EATON, WA #32837
McNaul Ebel Nawrot & Helgren PLLC
15 600 University Street, Suite 2700
Seattle, Washington 98101
16 Phone: 206-467-1816
Email: meaton@mcnaul.com
17

18

19

20

21

22

23

[PROPOSED] ORDER - 2
2:24-cv-904-JCC

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970